THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
In The Interest of Joshua K., A Juvenile Under The Age of Seventeen,       
Appellant.
 
 
 

Appeal From Sumter County
Marion D. Myers, Family Court Judge

Unpublished Opinion No. 2004-UP-512
Submitted October 1, 2004  Filed October 
 13, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara Taggart, of Columbia, for 
 Appellant.
Attorney General Henry Dargan McMaster,  Chief Deputy Attorney 
 General John W. McIntosh,  Assistant Deputy Attorney General Donald J. Zelenka, 
 all of Columbia; and Solicitor Cecil Kelley Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Joshua K, a minor under the 
 age of seventeen, appeals following being adjudicated delinquent to two counts 
 of criminal sexual conduct with a minor.  Joshua argues the trial court erred 
 in failing to grant a directed verdict based on insufficient evidence to prove 
 the crimes charged.  Pursuant to Anders v. California, 386 U.S. 738 (1967), 
 Joshuas counsel attached a petition to be relieved, stating that she has reviewed 
 the record and concluded the appeal lacks merit.  
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved. 
APPEAL DISMISSED. [1] 
GOOLSBY, ANDERSON, and WILLIAMS, JJ., concur.

 
 
 [1]   We decide this case without oral argument pursuant to Rule 215, 
 SCACR.